IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHANNON J. STANLEY,

        Plaintiff,

vs.                              Case No. 13-1154-SAC

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

MEMORANDUM AND ORDER

On January 8, 2014, plaintiff's counsel filed a motion to withdraw (Doc. 21). Counsel served a copy of the motion on the plaintiff, and it was served on the plaintiff by certified mail (Doc. 22). The court finds that the motion of plaintiff's counsel complies with the requirements of D. Kan. Rule 83.5.5(a). Plaintiff has not responded to the motion. Therefore, the motion will be considered and decided as an uncontested motion. D. Kan. Rule 7.4(b).

Plaintiff may wish to contact the Wichita Bar Association Lawyer Referral Service in order to obtain new counsel. Their phone number is 316-263-2251 (ext. 103).

IT IS THEREFORE ORDERED that the motion to withdraw (Doc. 21) is granted.

1

IT IS FURTHER ORDERED that plaintiff shall file her brief with the court, as required by D. Kan. Rule 83.7.1(d), no later than March 3, 2014. A copy of D. Kan. Rule 83.7.1 will be included in this order and mailed to the plaintiff by certified mail, return receipt requested. Plaintiff may file a motion with the court if she needs additional time to file her brief.

Dated this 5th day of February 2014, Topeka, Kansas.

s/Sam A. Crow
Sam A. Crow, U.S. District Senior Judge