IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHANNON J. STANLEY,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　Case No. 13-1154-SAC

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

MEMORANDUM AND ORDER

On February 5, 2014, the court issued an order granting the motion of plaintiff's counsel to withdraw from the case. Plaintiff was directed to file her brief with the court no later than March 3, 2014. Plaintiff was sent a copy of the local rules pertaining to social security cases, and was informed that she may file a motion for additional time to file her brief (Doc. 23). A certified copy of this order was signed at the address of the plaintiff on February 7, 2014 (Doc. 24).

On March 18, 2014, the court issued a show cause order directing plaintiff to show cause why this case should not be dismissed pursuant to D. Kan. Rule 41.1 for lack of prosecution (Doc. 25). A copy of this order was sent by certified mail to plaintiff's last known address (Doc. 21, 24), but it was

1

returned "unclaimed, unable to forward" (Doc. 26). The court has no other address with which to contact plaintiff.

D. Kan. Rule 41.1 states as follows:

> At any time, the court may issue an order to show cause why a case should not be dismissed for lack of prosecution. If good cause is not shown within the time prescribed by the show cause order, the court may enter an order of dismissal. The dismissal will be with prejudice unless the court otherwise specifies.

Plaintiff has not responded to the show cause order; plaintiff has not filed a brief or requested an extension of time to file her brief.

IT IS THEREFORE ORDERED that this case is dismissed for lack of prosecution.

IT IS FURTHER ORDERED that a copy of this order shall be mailed to plaintiff by regular mail and by certified mail, return receipt requested.

Dated this 24th day of April 2014, Topeka, Kansas.

> s/Sam A. Crow
> Sam A. Crow, U.S. District Senior Judge